Raymond J. Dowd (RD7508)
Luke McGrath (LM8070)
Dunnington, Bartholow & Miller, LLP
1359 Broadway, Suite 600
New York, New York 10018
Phone: (212) 682-8811
Facsimile: (212) 661-7769
lmcgrath@dunnington.com
*Attorneys for Intervenor Stan Lee Media Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| STAN LEE, | 02 CV 8945 (RWS) |
| *Plaintiff*, | ECF Case |
| - against - | |
| MARVEL ENTERPRISES, INC. and MARVEL CHARACTERS, INC., | **NOTICE OF MOTION** |
| *Defendants*. | |

---

**PLEASE TAKE NOTICE** that upon the annexed the Affirmation of Luke McGrath dated July 14, 2010, the Declaration of Jose M. Abadin dated July 13, 2010, the Memorandum of Law and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Robert W. Sweet, in Room 18C at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on the 20th day of August, 2010, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order permitting to Intervene and to Unseal motion papers and supporting exhibits

for motions for summary judgment filed in this action by Stan Lee and Marvel Enterprises Inc. ("Marvel") on or after February 13, 2004 (the "Sealed Documents").

Dated: New York, New York
July 14, 2010

                    **DUNNINGTON, BARTHOLOW & MILLER LLP**

By: Raymond J. Dowd (RD-7508)
Luke McGrath (LM8070)
*Attorneys for Intervenor*
*Stan Lee Media, Inc.*
1359 Broadway, Suite 600
New York, New York 10018
Tel: (212) 682-8811
rdowd@dunnington.com
lmcgrath@dunnington.com