UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STAN LEE, )
               )  02 CV 8945 (RWS)
       *Plaintiff,*   )  ECF Case
               )
  - against -        )
               )
MARVEL ENTERPRISES, INC. and MARVEL )
CHARACTERS, INC., )
               )
      *Defendants.*   )

---

### AFFIRMATION OF LUKE A. McGRATH
### IN SUPPORT OF MOTION TO INTERVENE AND UNSEAL RECORDS

My name is LUKE A. McGRATH and I hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at law, admitted to this Court and a partner of the law firm of Dunnintgon, Bartholow and Miller LLP, attorneys for Stan Lee Media, Inc. ("SLMI").

2. I have personal knowledge of the facts set forth below, except as otherwise noted.

3. I submit this affirmation in support of SLMI's Motion to Intervene and to Unseal Records.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint and Answer filed in *Lee v. Marvel*, Case No. 02-CV-8945 (RWS), ("Ex. A, Lee's Complaint and Marvel's Answer").

5. Attached hereto as **Exhibit B** is a true and correct copy of this Court's Order, dated January 17, 2005, in *Lee v. Marvel*, Case No. 02-CV-8945 ("Ex. B, January 17, 2005 Order").

6.     Attached hereto as **Exhibit C** is a true and correct copy of certain Excerpts from SLMI's Form 10KSB filed with the SEC in March 2000 ("Ex. C, Excerpts from SLMI Form 10KSB, March 2000").

7.     Attached hereto as **Exhibit D** is a true and correct copy of U.S. Copyright Office Recordation Vol. 3544, Document 426 (Nov. 29, 2006) ("Ex. D, SLMI Recordation").

8.     Attached hereto as **Exhibit E** is a true and correct copy of the SEC Order Initiating Proceeding, Admin. Proc. File No. 3-11584 (August 11, 2004) ("Ex. E, SEC Order 1").

9.     Attached hereto as **Exhibit F** is a true and correct copy of SEC Order Making Findings and Imposing Remedial Sanction By Default, Admin. Proc. File No. 3-11584 (September 14, 2004) ("Ex. F, SEC Order 2").

10.    Attached hereto as **Exhibit G** is a true and correct copy of the Colorado Secretary of State, History and Documents for Stan Lee Media, Inc., (indicating that Colorado changed SLMI's status to dissolved in March 2002 and the Company was administratively dissolved on August 1, 2002) ("Ex. G, Colorado Secretary of State Dissolution").

11.    Attached hereto as **Exhibit H** is a true and correct copy of the Order and Entry of Judgment in Bankruptcy Case, Case No. 01-SV-11329KL, (entered December 6, 2006) ("Ex. H, Bankruptcy Dismissal").

12.    Attached hereto as **Exhibit I** is a true and correct copy of Docket Sheet, Case No. 02-CV-8945, *Stan Lee v. Marvel Enterprises, Inc. and Marvel Characters, Inc.* ("Ex. I, Docket Sheet").

13.    Attached hereto as **Exhibit J** is a true and correct copy of the Order, dated May 27, 2010, of the Colorado Court of Appeals, *P.F.P. Family Holdings, L.P. v. Stan Lee Media, Inc.*, Case No. 09-CA-0899, Col. Crt. App. ("Ex. J, Colorado Order").

14. Attached hereto as **Exhibit K** is a true and correct copy of the Amended Verified Derivative Complaint, Case No. 09-CV-0715, dated April 27, 2009 ("Ex. K, SDNY Verified Derivative Complaint").

15. Attached hereto as **Exhibit L** is a true and correct copy of the proposed Second Amended Verified Derivative Complaint, Case No. 09-CV-0715, dated September 8, 2009 ("Ex. L, Proposed Second Amended Verified Derivative Complaint").

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2010.

_____
Luke A. McGrath