Raymond J. Dowd (RD7508)
Luke McGrath (LM8070)
Dunnington, Bartholow & Miller, LLP
1359 Broadway, Suite 600
New York, New York 10018
Phone:  (212) 682-8811
Fax:  (212) 661-7769
lmcgrath@dunnington.com
*Attorneys for Real Party in Interest Stan Lee Media Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STAN LEE,** <br><br> *Plaintiff,* <br><br> - against - <br><br> **MARVEL ENTERPRISES, INC. and MARVEL CHARACTERS, INC.,** <br><br> *Defendants.* | **02 CV 8945 (RWS) ECF Case** <br><br><br> **NOTICE OF MOTION TO VACATE JUDGMENT, TO SUBSTITUTE AS REAL PARTY IN INTEREST AND TO FILE COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the annexed the Affirmation of Luke

McGrath dated July 14, 2010, the Declaration of Jose M. Abadin dated July 13, 2010, the

Affirmation of Raymond J. Dowd dated July 26, 2010, the accompanying Memorandum

of Law and upon all the pleadings and proceedings heretofore had herein, the

undersigned counsel for real party in interest Stan Lee Media, Inc. will move this Court

before the Honorable Robert W. Sweet, in Room 18C at the United States Courthouse,

500 Pearl Street, New York, New York 10007, on the 6th day of October, 2010, at 12:00

p.m., or as soon thereafter as counsel can be heard, for an Order (a) vacating the

judgment and prior orders in this action pursuant to Rule 60 of the Federal Rules of Civil

Procedure; (b) substituting Stan Lee Media, Inc. as plaintiff real party in interest as of the

original filing date of this action pursuant to Rules 15, 17 and 19 of the Federal Rules of

Civil Procedure and Section 501(b) of the Copyright Act 17 U.S.C. § 101 *et seq.*; (c)

directing the Clerk to file the Proposed Complaint submitted herewith and (d) granting

such other and further relief as is just.

Dated: New York, New York
       July 26, 2010

**DUNNINGTON, BARTHOLOW &
MILLER LLP**

By:     Raymond J. Dowd (RD-7508)
        Luke McGrath (LM8070)
        ***Attorneys for Real Party in Interest
        Stan Lee Media, Inc.***
        1359 Broadway, Suite 600
        New York, New York 10018
        Tel: (212) 682-8811
        rdowd@dunnington.com
        lmcgrath@dunnington.com