UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAN LEE,                   Plaintiff, <br><br> -v- <br><br> MARVEL ENTERPRISES, INC. and <br> MARVEL CHARACTERS, INC., <br><br>                   Defendant. | Case No. 02-cv-08945 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Stan Lee Media, Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None.

**Date:** July 27, 2010

_[signature]_
Signature of Attorney

**Attorney Bar Code:** RD7508