UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAN LEE,<br><br>                Plaintiff,<br><br>  -against-<br><br>MARVEL ENTERPRISES, INC. and MARVEL CHARACTERS, INC.,<br><br>                Defendants. | Case No. 02 CV 8945 (RWS)<br><br>**BRIEFING STIPULATION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/30/10 |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Stan Lee ("Lee"), Defendants Marvel Entertainment, LLC (successor by merger to Marvel Entertainment, Inc., formerly known as Marvel Enterprises, Inc.) and Marvel Characters, Inc. (collectively "Marvel"), and non-party Stan Lee Media, Inc. ("SLMI"), as follows:

      1.    Lee's and Marvel's papers in opposition to the July 14, 2010 motion of SLMI shall be served upon SLMI's counsel on or before August 31, 2010 by email.

      2.    SLMI's papers in reply to Lee's and Marvel's papers in opposition shall be served upon Lee's and Marvel's respective counsel on or before September 15, 2010 by email.

      3.    This Stipulation may be executed by facsimile and a copy bearing original and/or facsimile signatures of all counsel shall be treated and deemed for all purposes as an original hereof. This Stipulation may be executed in counterparts.

Dated: New York, New York
July 22, 2010

GANFER & SHORE, LLP

By: _____
Steven J. Shore
360 Lexington Avenue, 14th floor
New York, New York 10017
(212) 922-9250
*Attorneys for Plaintiff Stan Lee*

HAYNES AND BOONE, LLP

By: _____
David Fleischer
1221 Avenue of the Americas, 26th floor
New York, New York 10020
(212) 659-7300
*Attorneys for Defendants
Marvel Entertainment, LLC, and
Marvel Characters, Inc.*

DUNNINGTON, BARTHOLOW & MILLER LLP

By: _____
Raymond J. Dowd
1359 Broadway, Suite 600
New York, New York 10018
(212) 682-8811
*Attorneys for Non-Party Stan Lee Media, Inc.*

The Clerk is directed to assign this case to the Electronic Case Filing System (ECF).

SO ORDERED:

_____
ROBERT W. SWEET, U.S.D.J.
7.27.10