UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STAN LEE,

    Plaintiff and Counterclaim
    Defendant,

-against-

MARVEL ENTERPRISES, INC. and
MARVEL CHARACTERS, INC.,

    Defendants and Counterclaimants.

------------------------------------------------------------X



Index No. 02 Civ. 8945 (RWS)
(ECF Case)

**NOTICE OF APPEAL
IN A CIVIL CASE**

NOTICE IS HEREBY GIVEN that Stan Lee Media, Inc. being the real party in interest in the above-referenced action for breach of a conditional copyright assignment does hereby appeal to the United States Court of Appeals for the Second Circuit from the decision of the United States District Court for the Southern District of New York dated February 4, 2011 (Sweet, J.) (a true and correct copy of which is annexed), and from each and every part thereof, declining to unseal documents and to vacate as void a prior final judgment of the United States District Court for the Southern District of New York (Sweet, J.) entered in this action on the 25th of January, 2005 (a true and correct copy of which is annexed) together with the Stipulation and Order of Dismissal entered on April 28, 2005, filed under seal, and not publicly accessible (see Docket Entry 30, indicating Stipulation entered on April 28, 2005 but not available) and from each and every part thereof.

Dunnington, Bartholow & Miller LLP

By: _____
Raymond J. Dowd (RD 7508)
Luke McGrath (LM 8070)
1359 Broadway, 6th Floor
New York, NY 10018
(212) 682-8811
rdowd@dunnington.com

*Attorneys for Appellant*

Dated: March 1, 2011
  New York, NY

To:

David Fleischer
Haynes and Boone, LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112
(212) 659.7300

Steven J. Shore
Ganfer & Shore, LLP
360 Lexington Avenue, 14th Floor
New York, NY 10017
(212) 922-9250

*Attorneys for Respondent*